UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. File No. 02-318(1) (PAM)

Plaintiff,

v. **ORDER**

Murray Ronald Klane,

Defendant.

---

This matter is before the Court on Defendant Murray Ronald Klane's informal request for early termination from supervised release. The Court has reviewed the submissions of Defendant Klane and the United States Probation Office relating to this matter. On the basis of that review, the Court concludes that early termination is inappropriate. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervision is **DENIED**.

Dated: November 5, 2004

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge